HORTON POWELL, *Plaintiff in Error,* v. S. M. BEASLEY, *Defendant in Error.*

Opinion Filed April 17, 1917.

Petition for Rehearing Denied May 26, 1917.

Where there is ample evidence to sustain a verdict and it is clear that errors, if any, in rulings were harmless to the party complaining of them, and no material errors of procedure appear, the judgment will be affirmed.

Writ of Error to Circuit Court for Okaloosa County; Cephas L. Wilson, Judge.

Judgment affirmed.

*Daniel Campbell & Son,* for Plaintiff in Error;

*D. Stuart Gillis,* for Defendant in Error.

PER CURIAM.—Beasley brought an action of replevin to recover 115 bushels of corn of the value of $138.00 and four bales of cotton of the value of $160.00, aggregating $288.00. A plea of not guilty was filed. Verdict and judgment were rendered for the plaintiff.

Writ of error was taken by the defendant whose main

contentions here are upon the rulings of the court in admitting or rejecting testimony.

There is ample evidence to sustain the verdict, and it is clear that errors, if any, in the rulings complained of were not harmful to the defendant. No material or prejudicial errors of procedure appear, and the judgment is affirmed.

BROWNE, C. J., and TAYLOR, SHACKLEFORD, WHITFIELD and ELLIS, JJ., concur.